# United States Court of Appeals
## For the First Circuit

---

**DOCKETING STATEMENT**

**No.** 25-1579          **Short Title:** Orr, et al. v. Trump, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from April 18, 2025
   2. Date this notice of appeal filed June 13, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
         If yes, explain preliminary injunction appealable under 28 U.S.C. § 1292

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party __Please see attached page_____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name __Please see attached page_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/ Lewis S. Yelin
Date  June 16, 2025

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

Adverse parties:

Ashton Orr
Zaya Perysian
Sawyer Soe
Chastain Anderson
Drew Hall
Bella Boe
Reid Solomon-Lane

Adverse parties' attorneys:

Isaac D Chaput
William Kasper
   Covington & Burling LLP
   Salesforce Tower
   415 Mission Street, Suite 5400
   San Francisco, CA 94105-2533
   415-591-7020

Alyssa Curcio
Robert Gianchetti
Yuval Mor
   Covington & Burling LLP
   620 Eighth Avenue
   New York, NY 10025
   212-841-1000

Ansel Carpenter
Gavin Wayne Jackson
   Covington & Burling LLP
   1999 Avenue Of The Stars Ste. 3500
   Los Angeles, CA 90064
   505-629-7142

Jonathan Travis Thompson
Sean Bender
   Covington & Burling LLP
   850 10th St Nw
   Washington, DC 20001
   202-662-5891

Aditi Fruitwala
James D. Esseks
Jon Warren Davidson
Li Nowlin-Sohl
Malita Picasso
Sruti J. Swaminathan
   American Civil Liberties Union Foundation
   125 Broad St
   New York, NY 10004
   214-797-9107

Jessie J. Rossman
Zoe Kreitenberg
   ACLU of Massachusetts
   One Center Plaza Suite 850
   Boston, MA 02108
   617-482-3170

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

<u>Appellants:</u>

Donald J. Trump,
   in his official capacity as President of the United States
   1600 Pennsylvania Ave., NW
   Washington, DC 20500

U.S. Department of State
   2201 C St., NW
   Washington, DC 20451

Marco Rubio,
   in his official capacity as Secretary of State
   2201 C St., NW
   Washington, DC 20451

United States of America

<u>Appellants' Attorneys:</u>

Lewis S. Yelin
   Appellate Staff, Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., NW, Rm. 7329
   Washington, DC 20530
   (202) 514-3425

Charles W. Scarborough
   Appellate Staff, Civil Division
   U.S. Department of Justice, Rm. 7517
   950 Pennsylvania Ave., NW
   Washington, DC 20530
   (202) 514-1927