# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Orr, et al. v. Trump, et al.

District Court Case No.  25-10313                District of Massachusetts

Date Notice of Appeal filed  June 13, 2025       Court of Appeals Case No.  25-1579

Form filed on behalf of  Donald J. Trump, President of the United States; U.S. Dep't of State; Secretary of State Marco Rubio; United States

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  ECF 65 (Mar. 25, 2025), hearing on motion for preliminary injunction

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Lewis S. Yelin           Filer's Signature  s/ Lewis S. Yelin

Firm/Address  U.S. DOJ, 950 Pennsylvania Ave., NW, Washigton, DC 20530    Filer's Email address  lewis.yelin@usdoj.gov

Telephone number  (202) 514-3425        Date mailed to court reporter  NA

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                            SEE INSTRUCTIONS ON REVERSE