# United States Court of Appeals
## For the First Circuit

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW
HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC
GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others
similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; U.S.
DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State;
UNITED STATES OF AMERICA,

Defendants - Appellants.

**NOTICE**

Issued: June 30, 2025

Our records indicate that the attorneys listed below have not registered for a CM/ECF
account in this court. Any attorney who intends to file documents in this case, or wishes to
continue receiving court issued documents, must register immediately with PACER for a
CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov,
and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list,
you may file a "Request for Removal from Service List." A copy of this form can be found on our
on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After July 14, 2025, the clerk's office will no longer send paper copies of court issued
documents to the following attorneys, unless they register for a CM/ECF account prior to
that date.**

Sean Bender
Malita Picasso
Ansel Carpenter
Li Nowlin-Sohl
Sruti J. Swaminathan

Jonathan Travis Thompson
Alyssa Curcio
Gavin Wayne Jackson
Michael Velchik
Elizabeth Brooke Layendecker
Jon Warren Davidson
William Kasper
Yuval Mor


                                    Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley C. - (617) 748-9055


cc:
Sean Bender
Ansel Carpenter
Isaac D. Chaput
Alyssa Curcio
Jon Warren Davidson
James D. Esseks
Rayford A. Farquhar
Aditi Fruitwala
Robert Gianchetti
Joshua Harrell
Gavin Wayne Jackson
William Kasper
Zoe Kreitenberg
Elizabeth Brooke Layendecker
Donald Campbell Lockhart
Yuval Mor
Li Nowlin-Sohl
Malita Picasso
Jessie J. Rossman
Sruti J. Swaminathan
Jonathan Travis Thompson
Michael Velchik
Lewis Yelin