# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579      **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See attached _____ as the

[ ] appellant(s)      [✔] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Jessie J. Rossman          7/3/2025
Signature                       Date

Jessie J. Rossman
Name

ACLU Foundation of MA          617-482-3170
Firm Name (if applicable)      Telephone Number

One Center Plaza, Suite 850    _____
Address                         Fax Number

Boston, MA 02108               jrossman@aclum.org
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: 1161236

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorney |
|---|---|
| Ashton Orr | Jessie J. Rossman<br>ACLU Foundataion of Massachusetts<br>One Center Plaza, Ste 850<br>Boston, MA 02108 |
| Zaya Perysian | |
| Sawyer Soe | |
| Chastain Anderson | |
| Drew Hall | |
| Bella Boe | |
| Reid Solomon-Lane | |
| Viktor Agatha | |
| David Doe | |
| AC Goldberg | |
| Ray Gorlin | |
| Chelle Leblanc | |