# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1579     **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

_Li Nowlin-Sohl_                                 7/14/25
Signature                                        Date

Li Nowlin-Sohl
Name

ACLU Foundation                                  206-348-3163
Firm Name (if applicable)                        Telephone Number

125 Broad St                                     _____
Address                                          Fax Number

New York, NY 10004                               lnowlin-sohl@aclu.org
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1218234

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorney |
|---|---|
| Ashton Orr | |
| Zaya Perysian | |
| Sawyer Soe | |
| Chastain Anderson | |
| Drew Hall | Li Nowlin-Sohl |
| Bella Boe | ACLU |
| Reid Solomon-Lane | 125 Broad St. |
| Viktor Agatha | New York, NY 10004 |
| David Doe | |
| AC Goldberg | |
| Ray Gorlin | |
| Chelle Leblanc | |