| Appellees | Attorney |
|---|---|
| Ashton Orr | |
| Zaya Perysian | |
| Sawyer Soe | |
| Chastain Anderson | |
| Drew Hall | Jon W. Davidson |
| Bella Boe | ACLU Foundation |
| Reid Solomon-Lane | 125 Broad St., 18th Floor |
| Viktor Agatha | New York, NY 10004 |
| David Doe | |
| AC Goldberg | |
| Ray Gorlin | |
| Chelle Leblanc | |

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1579            Short Title: Orr, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

*Jon W. Davidson* (signature)
Signature

7/14/2025
Date

Jon W. Davidson
Name

ACLU Foundation
Firm Name (if applicable)

323-536-9880
Telephone Number

125 Broad Street, 18th Floor
Address

_____
Fax Number

New York, NY 10004
City, State, Zip Code

jondavidson@aclu.org
Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes   Court of Appeals No. _____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).