# United States Court of Appeals
## For the First Circuit

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; UNITED STATES OF AMERICA,

Defendants - Appellants.

**NOTICE**

Issued: July 15, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Sean Bender
Malita Picasso
Jonathan Travis Thompson
Alyssa Curcio
Gavin Wayne Jackson
Michael Velchik
Elizabeth Brooke Layendecker
Ansel Carpenter
William Kasper
Yuval Mor

The following attorneys will continue to receive notice in this case:

Isaac D. Chaput
Jon Warren Davidson
James D. Esseks
Rayford A. Farquhar
Aditi Fruitwala
Robert Gianchetti
Joshua Harrell
Zoe Kreitenberg
Donald Campbell Lockhart
Li Nowlin-Sohl
Jessie J. Rossman
Sruti J. Swaminathan
Lewis Yelin

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Ashley C. - (617) 748-9055

cc:
Sean Bender, Ansel Carpenter, Isaac D. Chaput, Alyssa Curcio, Jon Warren Davidson, James D. Esseks, Rayford A. Farquhar, Aditi Fruitwala, Robert Gianchetti, Joshua Harrell, Gavin Wayne Jackson, William Kasper, Zoe Kreitenberg, Elizabeth Brooke Layendecker, Donald Campbell Lockhart, Yuval Mor, Li Nowlin-Sohl, Malita Picasso, Jessie J. Rossman, Sruti J. Swaminathan, Jonathan Travis Thompson, Michael Velchik, Lewis Yelin