# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579        **Short Title:** Orr, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Donald J. Trump, President of the United States; U.S. Dep't of State; Secretary of State Marco Rubio; United States as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Charles W. Scarborough
Signature

July 15, 2025
Date

Charles W. Scarborough
Name

U.S. Department of Justice
Firm Name (if applicable)

(202) 514-1927
Telephone Number

950 Pennsylvania Ave., Rm. 7210
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

charles.scarborough@usdoj.gov
Email (required)

Court of Appeals Bar Number: 67396

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).