# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579     **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See attached.                                                                                       as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Isaac D. Chaput
Signature

7/16/2025
Date

Isaac D. Chaput
Name

Covington & Burling LLP
Firm Name (if applicable)

(415) 591-7020
Telephone Number

Salesforce Tower, 415 Mission Street, Suite 5400
Address

(415) 591-6091
Fax Number

San Francisco, CA 94105-2533
City, State, Zip Code

ichaput@cov.com
Email (required)

Court of Appeals Bar Number: 1218227

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorney |
|---|---|
| Ashton Orr | Isaac D. Chaput<br>Covington & Burling LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533 |
| Zaya Perysian | |
| Sawyer Soe | |
| Chastain Anderson | |
| Drew Hall | |
| Bella Boe | |
| Reid Solomon-Lane | |
| Viktor Agatha | |
| David Doe | |
| AC Goldberg | |
| Ray Gorlin | |
| Chelle Leblanc | |