# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579        **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>See attached.</u> as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

<u>/s/ Robert C. Gianchetti</u>          <u>7/16/2025</u>
Signature                                Date

<u>Robert C. Gianchetti</u>
Name

<u>Covington & Burling LLP</u>          <u>(212) 841-1159</u>
Firm Name (if applicable)                Telephone Number

<u>The New York Times Building, 620 Eighth Avenue</u>   <u>(212) 841-1010</u>
Address                                  Fax Number

<u>New York, NY 10018-1405</u>           <u>rgianchetti@cov.com</u>
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: <u>1218236</u>

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorney |
|---|---|
| Ashton Orr | Robert Gianchetti<br>Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 |
| Zaya Perysian | |
| Sawyer Soe | |
| Chastain Anderson | |
| Drew Hall | |
| Bella Boe | |
| Reid Solomon-Lane | |
| Viktor Agatha | |
| David Doe | |
| AC Goldberg | |
| Ray Gorlin | |
| Chelle Leblanc | |