# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579          **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See Attached _____ as the

[ ] appellant(s)      [✔] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Jennifer M. Herrmann          08/28/2025
Signature                         Date

Jennifer M. Herrmann
Name

ACLU Foundation of MA             617-482-3170
Firm Name (if applicable)         Telephone Number

One Center Plaza, Suite 850       _____
Address                           Fax Number

Boston, Ma. 02108                 jherrmann@aclum.org
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: 1201755

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorneys |
|---|---|
| Ashton Orr | |
| Zaya Perysian | |
| Sawyer Soe | |
| Chastain Anderson | Jessie J. Rossman |
| Drew Hall | Jennifer M. Herrmann |
| Bella Boe | ACLU Foundation of Massachusetts |
| Reid Solomon-Lane | One Center Plaza, Ste 850 |
| Viktor Agatha | Boston, MA 02108 |
| David Doe | |
| AC Goldberg | |
| Ray Gorlin | |
| Chelle Leblanc | |