Case: 25-1579    Document: 00118344429    Page: 1    Date Filed: 09/23/2025    Entry ID: 6753114

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 SEP 23  A 10: 42

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-1579
Order
09/4/25

BOSTON MA 020
5 SEP 2025 PM 6 L



US POSTAGE PITNEY BOWES
ZIP 02210  $ 000.74
02 7W
0008036369 SEP 05 20

USMS
Screened

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

NIXIE        957    7E 1           0109/19/25
                    RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD

BC: 02210300299        *1821-05963-05-41