RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 02210300425 *2472-03176-25-33*

NIXIE 957 1 SE 1 0109/26/25

BOSTON MA 02?
30 JUN 2025 PM 6 L
FIRST-CLASS
ZIP 02210 $000.69
02 7W
0008036369 JUN 30 2025

RECEIVED FOR FILING
IN CLERK'S OFFICE
2025 SEP 30 A 11: 29
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

USMS Screener

25-1579
Notice
06/30/25

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133