# United States Court of Appeals
## For the First Circuit

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES OF AMERICA,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 31, 2025

Defendants-Appellants' opposed motion for stay, in light of the lapse in appropriations, "until Department of Justice attorneys . . . resume their usual civil litigation functions" is granted. Defendants-Appellants shall notify this court forthwith when those functions are resumed. Defendants-Appellants are free to propose a specific opening brief deadline when informing the court that functions have been resumed, and the court will give any such proposal due consideration.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James D. Esseks, Jon Warren Davidson, Jessie J. Rossman, Jennifer Herrmann, Aditi Fruitwala, Zoe Kreitenberg, Isaac D. Chaput, Li Nowlin-Sohl, Robert Gianchetti, Sruti J. Swaminathan, Lewis Yelin, Donald Campbell Lockhart, Rayford A. Farquhar, Charles W. Scarborough, Abraham R. George, M. Jared Littman, Joshua Harrell