TO:

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

25-1579
Case Opening Notice
6/13/25

RTS

RECEIVED FOR FILING
IN CLERK'S OFFICE
2025 OCT 21 A 11:33
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

USMS Screened

OFFICIAL BUSINESS

FWD