25-1579
notice
9/19/25

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

CLERK'S OFFICE
UNITED STATES COURT
JOHN JOSEPH MOAKLEY U.S.
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE
2025 NOV -6 A 11: 37
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

NIXIE
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 02210

HARR935 94133511
UNABLE TO FORW
RETURN FOR

RTS

FIRST-CLASS



US POSTAGE
ZIP 02210
$001.90