No. 25-1579

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, REID SOLOMON-LANE, VIKTOR AGATHA, DAVID DOE, AC GOLDBERG, RAY GORLIN, CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF STATE, MARCO RUBIO, in his official capacity as Secretary of State, UNITED STATES,

Defendants-Appellants.

_____

On Appeal from the United States District Court
For the District of Massachusetts

_____

## CONSENT MOTION TO SET BRIEFING SCHEDULE
## AFTER ENACTMENT OF APPROPRIATIONS

_____

      BRETT A. SHUMATE
        *Assistant Attorney General*

      LEAH B. FOLEY
        *United States Attorney*

      ERIC D. McARTHUR
        *Deputy Assistant Attorney General*

      CHARLES W. SCARBOROUGH
      LEWIS S. YELIN
        *Attorneys, Appellate Staff*
        *Civil Division*
        *U.S. Department of Justice*
        *950 Pennsylvania Ave. NW, Rm. 7239*
        *Washington, D.C. 20530*
        *(202) 514-3425*
        *lewis.yelin@usdoj.gov*

The federal defendants-appellants hereby move for the entry of an order making the government's opening brief in this appeal due December 22, 2025. In support of that request, the government respectfully states as follows:

1. This is an appeal from the district court's entry of a preliminary injunction, ECF 115, 116, prohibiting the State Department from implementing a policy governing the information contained in the sex field of U.S. passports.

2. After the lapse in appropriations on September 30, 2025, the government filed a motion seeking to stay briefing in this appeal pending Congress's restoration of appropriations to the Department of Justice. The government also proposed a formula for determining the deadline for the government's opening brief.

3. The Court granted the government's motion for a stay and directed the government to notify the Court when the Department of Justice's usual civil litigation functions are restored. The Court also indicated that the government may then propose a deadline by which its opening brief would be due.

4. On Wednesday, November 12, Congress enacted and the President signed a bill restoring the Department of Justice's

appropriations, and the Department resumed its usual civil litigation functions the next day.

5. The federal defendants-appellants respectfully request that the Court enter an order making the government's opening brief due Monday, December 22, 2025. That deadline will allow counsel for the federal defendants-appellants to properly represent the government's interest in this appeal while also attending to the enormous backlog of matters that accumulated during the 43-day lapse in appropriations.

6. Plaintiffs informed us that they do not object to this motion.

        Respectfully submitted,

        BRETT A. SHUMATE
          *Assistant Attorney General*

        LEAH B. FOLEY
          *United States Attorney*

        ERIC D. McARTHUR
          *Deputy Assistant Attorney General*

        CHARLES W. SCARBOROUGH

        *s/Lewis S. Yelin*
        LEWIS S. YELIN
          *Attorneys, Appellate Staff*
          *Civil Division*
          *U.S. Department of Justice*
          *950 Pennsylvania Ave. NW, Rm. 7239*
          *Washington, D.C. 20530*
          *(202) 514-3425*
          lewis.yelin@usdoj.gov

November 17, 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 268 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) because it has been prepared using proportionally spaced 14-point Georgia typeface.

*s/Lewis S. Yelin*
LEWIS S. YELIN
  *Counsel for the federal*
  *defendants-appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/Lewis S. Yelin*
LEWIS S. YELIN
  *Counsel for the federal*
  *defendants-appellants*
