OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-1579
order
10/31/25

**RECEIVED FOR FILING
IN CLERK'S OFFICE**

2025 NOV 13 A 11: 33

**US COURT OF APPEALS
FOR THE FIRST CIRCUIT**

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

BOSTON MA 020
31 OCT 2025 PM 6 L

ZIP 02210 $000.74
0008036369 OCT 31 2025

NIXIE 957 DE 1 0011/08/25

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 02210300425 *1821-02429-31-42