# United States Court of Appeals
## For the First Circuit

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES OF AMERICA,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 19, 2025

On October 31, 2025, the court entered an order that granted Defendants-Appellants' opposed motion seeking a stay of proceedings in light of a lapse in appropriations. Defendants-Appellants now have filed a "consent motion to set briefing schedule after enactment of appropriations," informing the court that relevant government functions have been resumed and requesting that the previously imposed stay of proceedings be lifted. In light of this filing, the stay of proceedings is lifted.

With the "consent motion," Defendants-Appellants also request that their opening brief be due on December 22, 2025, and they indicate that Plaintiffs-Appellees "do not object." Given the parties' agreement, Defendants-Appellants' opening brief is due on December 22, 2025. The response brief shall be due within 30 days of service of the opening brief. Any reply brief shall be due within 21 days of service of the response brief.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James D. Esseks
Jon Warren Davidson
Jessie J. Rossman
Jennifer Herrmann
Aditi Fruitwala
Zoe Kreitenberg
Isaac D. Chaput
Li Nowlin-Sohl
Robert Gianchetti
Sruti J. Swaminathan
Lewis Yelin
Donald Campbell Lockhart
Rayford A. Farquhar
Charles W. Scarborough
Abraham R. George
M. Jared Littman
Joshua Harrell