

NIXIE       957    SE 1        0111/29/25

RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 02210300299    *2472-02617-29-11

BOSTON MA 020
19 NOV 2025 PM 3 L

US POSTAGE IM PITNEY BOWES
ZIP 02210 $ 000.74
02 7W
0008036369 NOV 19 2025

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

25-1579
Order
11/19/25

RECEIVED FOR FILING
IN CLERK'S OFFICE
2025 DEC -5 P 12: 45
US COURT OF APPEALS
FOR THE FIRST CIRCUIT