No. 25-1579

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

ASHTON ORR, *et al.*,
*Plaintiffs-Appellees*

v.

DONALD J. TRUMP, *et al.*,
*Defendants-Appellants.*

Appeal from the U.S. District Court for the District of Massachusetts

**PLAINTIFFS-APPELLEES' MOTION FOR LEAVE FOR
JON W. DAVIDSON TO WITHDRAW APPEARANCE**

JON W. DAVIDSON
LI NOWLIN-SOHL
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
jondavidson@aclu.org
lnowlin-sohl@aclu.org

JESSIE J. ROSSMAN
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org

ISAAC D. CHAPUT
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
415-591-6000
ichaput@cov.com

ROBERT C. GIANCHETTI
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1000
rgianchetti@cov.com

Pursuant to Local Rule 12.0(b), Plaintiffs move for leave to withdraw Jon W. Davidson as counsel for Plaintiffs-Appellees and the Classes. The basis for the withdrawal is that Mr. Davidson will be retiring and will depart his employment with the American Civil Liberties Union Foundation on December 31, 2025. Plaintiffs and the Classes will continue to be represented by the remaining counsel from the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Massachusetts, and Covington & Burling LLP.

| | |
|---|---|
| December 15, 2025 | Respectfully submitted, |
| | /s/ *Jon W. Davidson* <br> JON W. DAVIDSON <br> LI NOWLIN-SOHL <br> American Civil Liberties Union Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> 212-549-2500 <br> jondavidson@aclu.org <br> lnowlin-sohl@aclu.org |
| | ISAAC D. CHAPUT <br> Covington & Burling LLP <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 94105 <br> 415-591-6000 <br> ichaput@cov.com |

JESSIE J. ROSSMAN
American Civil Liberties Union
Foundation of Massachusetts,
Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org

ROBERT C. GIANCHETTI
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1000
rgianchetti@cov.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 82 words. The motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared using proportionally spaced 14-point Century Schoolbook typeface.

December 15, 2025                              */s/ Jon W. Davidson*
                                               Jon W. Davidson