# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579    **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>See attached</u> as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

<u>*Malita Picasso*</u>    <u>December 17, 2025</u>
Signature    Date

<u>Malita Picasso</u>
Name

<u>ACLU Foundation</u>    <u>212-549-2561</u>
Firm Name (if applicable)    Telephone Number

<u>125 Broad Street, 18th Floor</u>
Address    Fax Number

<u>New York, NY, 10004</u>    <u>mpicasso@aclu.org</u>
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: <u>1218235</u>

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes    Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorney |
|---|---|
| Ashton Orr<br><br>Zaya Perysian<br><br>Sawyer Soe<br><br>Chastain Anderson<br><br>Drew Hall<br><br>Bella Boe<br><br>Reid Solomon-Lane<br><br>Viktor Agatha<br><br>David Doe<br><br>AC Goldberg<br><br>Ray Gorlin<br><br>Chelle Leblanc | Malita Picasso<br><br>ACLU<br><br>125 Broad Street<br><br>New York, NY 10004 |