# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1579  **Short Title:** Orr v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Indiana, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Iowa (cont'd on attached sheet) as the

[ ] appellant(s)  [ ] appellee(s)  [✓] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ James A. Barta
Signature

December 30, 2025
Date

James A. Barta
Name

Office of the Indiana Attorney General
Firm Name (if applicable)

(317) 232-0709
Telephone Number

IGC South, Fifth Floor, 302 W. Washignton Street
Address

(317) 232-7979
Fax Number

Indianapolis, IN 46204
City, State, Zip Code

james.barta@atg.in.gov
Email (required)

Court of Appeals Bar Number: 1204350

Has this case or any related case previously been on appeal?

[✓] No  [ ] Yes  Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Kansas, Kentucky, Louisiana, Mississippi, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming and the Arizona Legislature