# United States Court of Appeals
## For the First Circuit

_____

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES OF AMERICA,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: December 31, 2025
Pursuant to 1st Cir. R. 27.0(d)

On December 29, 2025, State of Indiana, 23 Other States, and the Arizona Legislature filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, the brief does not contain the statement required by Fed. R. App. P. 29(a)(4)(E). The statement must indicate whether: (i) A party's counsel authored the brief in whole or in part; (ii) a party or a party's counsel contributed money that was intended to fund preparing or submitting the brief; and (iii) a person - - other than the amicus curiae, its members or its counsel -- contributed money that was intended to fund preparing or submitting the brief and, if so, identifies each such person. A corrected amici brief must be filed no later than January 7, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc: James D. Esseks, Jessie J. Rossman, Jennifer Herrmann, Aditi Fruitwala, Zoe Kreitenberg, Isaac D. Chaput, Li Nowlin-Sohl, Malita Picasso, Robert Gianchetti, Sruti J. Swaminathan, Lewis Yelin, Donald Campbell Lockhart, Rayford A. Farquhar, Charles W. Scarborough, Leah Belaire Foley, Eric Dean McArthur, Brett Allen Shumate, Abraham R. George, M. Jared Littman, Joshua Harrell, James A. Barta