# United States Court of Appeals
## For the First Circuit

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES OF AMERICA,

Defendants - Appellants.

### ORDER OF COURT

Entered: January 12, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Viktor Agatha, Chastain Anderson, Bella Boe, David Doe, AC Goldberg, Ray Gorlin, Drew Hall, Chelle LeBlanc, Ashton Orr, Zaya Perysian, Sawyer Soe, and Reid Solomon-Lane to file a brief be enlarged to and including **March 2, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: James A. Barta, Isaac D. Chaput, James D. Esseks, Rayford A. Farquhar, Leah Belaire Foley, Aditi Fruitwala, Abraham R. George, Robert Gianchetti, Joshua Harrell, Jennifer Herrmann, Zoe Kreitenberg, M. Jared Littman, Donald Campbell Lockhart, Eric Dean McArthur, Li Nowlin-Sohl, Malita Picasso, Jessie J. Rossman, Charles W. Scarborough, Brett Allen Shumate, Sruti J. Swaminathan, Lewis Yelin