No. 25-1579

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

ASHTON ORR, *et al.*,
*Plaintiffs-Appellees*

v.

DONALD J. TRUMP, *et al.*,
*Defendants-Appellants.*

RECEIVED FOR FILING IN CLERK'S OFFICE
2026 JAN 15 A 11:51
US COURT OF APPEALS FOR THE FIRST CIRCUIT

Appeal from the U.S. District Court for the District of Massachusetts

# PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

MALITA PICASSO
LI NOWLIN-SOHL
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
mpicasso@aclu.org
lnowlin-sohl@aclu.org

ROBERT C. GIANCHETTI
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
rgianchetti@cov.com

ISAAC D. CHAPUT
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
415-591-6000
ichaput@cov.com

JESSIE J. ROSSMAN
JENNIFER M. HERRMANN
American Civil Liberties Union Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellees respectfully move for a thirty-day extension of time to file their appellees' brief from January 29, 2026, to March 2, 2026. Defendants-Appellants do not oppose Plaintiffs' request for a thirty-day extension.

This extension is warranted for two independent reasons. *First*, Plaintiffs have moved the district court to issue an indicative ruling under Federal Rule of Civil Procedure 62.1 that, if this Court remanded the case, the district court would dissolve the preliminary injunctions subject to this appeal. *See* D. Ct. Dkt. 168. As Plaintiffs' briefing in the district court explains, now that the Supreme Court has stayed the class-wide preliminary injunction, it would best serve interests of judicial economy, efficiency, and fairness to litigate this case on one track to final judgment in the court below. Provided that Plaintiffs' motion for an indicative ruling is granted, Plaintiffs intend to ask this Court to remand the case for dissolution of the preliminary injunctions. In the meantime, Plaintiffs submit that this requested extension will provide time for the district court to rule on the pending motion, which will provide both the parties and this Court with complete information pertinent to the present appeal.

*Second*, this extension would provide appropriate time for Plaintiffs to draft their brief in light of several pre-existing deadlines. Specifically, Plaintiffs' counsel are working on several matters that require active engagement prior to January 29, 2026, including, without limitation:

1. Malita Picasso is representing plaintiffs in *Cross v. State of Montana*, No. DV 23-541 (Mt. Dist. Ct.), in which a brief opposing the State's motion for relief from judgment is due on January 27, 2026.

2. Counsel from the American Civil Liberties Union Foundation working on this appeal are preparing for presentation of two cases to the U.S. Supreme Court, set for argument on January 13, 2026: *West Virginia v. B.P.J.*, No. 24-43, and *Little v. Hecox*, No. 24-38.

3. Isaac D. Chaput is drafting a motion to dismiss due on January 16, 2026, and is preparing for a lengthy trial that begins February 2, 2026.

4. Other counsel working on this appeal have competing litigation deadlines and matters during this time period.

As indicated in the first paragraph and the title of this Motion, Defendants do not oppose this Motion.

For these reasons, Plaintiffs-Appellees respectfully request that the Court extend and modify the briefing schedule to the following:

- Plaintiffs-Appellees' response brief: March 2, 2026 (extended from January 29, 2026)

- Defendants-Appellants' reply brief: March 23, 2026 (extended from February 19, 2026).

January 9, 2026                              Respectfully submitted,

*/s/ Isaac D. Chaput*
ISAAC D. CHAPUT
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
415-591-6000
ichaput@cov.com

MALITA PICASSO
LI NOWLIN-SOHL
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
mpicasso@aclu.org
lnowlin-sohl@aclu.org

JESSIE J. ROSSMAN
JENNIFER M. HERRMANN
American Civil Liberties Union
Foundation of Massachusetts,
Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

ROBERT C. GIANCHETTI
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
rgianchetti@cov.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing response complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the response contains 421 words. The response complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared using proportionally spaced 14-point Century Schoolbook typeface.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court for the United States Court of Appeals for the First Circuit using the CM/ECF system, which will then send a notification of such filing to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORI
MAIL

tic use.
ice (restrictions apply).*
tic and many international

ration form is required.
ding claims exclusions see the
availability and limitations of cov

To schedule free P
scan the Q

USPS.COM/

ber 2023
: 9 1/2

P

US POSTAGE & FEES PAID IMI
PRIORITY MAIL
ZONE 8 FLAT-RATE ENVELOPE
Commercial

Stamps.com
063S0014950568
17253161
FROM 94105

01/12/2026

## USPS PRIORITY MAIL ®

Peter Johnston
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco CA 94105-2533

C079

SHIP TO:

OFFICE OF THE CLERK
U.S. Court of Appeals
U S COURTHOUSE
1 COURTHOUSE WAY STE 2500
BOSTON MA 02210-3004

**USPS TRACKING #**

9405 5501 0579 7016 3202 43

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.