# United States Court of Appeals
## For the First Circuit

NOTICE OF APPEARANCE

**No.** 25-1579      **Short Title:** Orr, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
_____ as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Sruti J. swaminathan      03/02/2026
Signature     Date

Sruti J. Swaminathan
Name

ACLU Foundation     212-549-2500
Firm Name (if applicable)     Telephone Number

125 Broad Street     332-234-9383
Address     Fax Number

New York, NY 10004     sswaminathan@aclu.org
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: 1218239

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No._____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellees | Attorney |
|---|---|
| Ashton Orr<br>Zaya Perysian<br>Sawyer Soe<br>Chastain Anderson<br>Drew Hall<br>Bella Boe<br>Reid Solomon-Lane<br>Viktor Agatha<br>David Doe<br>AC Goldberg<br>Ray Gorlin<br>Chelle Leblanc | Sruti J. Swaminathan |