No. 25-1579

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

A*SHTON* O*RR*, *et al.*,
*Plaintiffs-Appellees*

v.

D*ONALD* J. T*RUMP*, *et al.*,
*Defendants-Appellants*.

Appeal from the U.S. District Court for the District of Massachusetts

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX**

MALITA PICASSO
SRUTI J. SWAMINATHAN
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
mpicasso@aclu.org
sswaminathan@aclu.org

ROBERT C. GIANCHETTI
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
rgianchetti@cov.com

ISAAC D. CHAPUT
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
415-591-6000
ichaput@cov.com

JESSIE J. ROSSMAN
JENNIFER M. HERRMANN
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Plaintiffs respectfully request leave to file a supplemental appendix containing a relevant district court order. That order discusses potential impacts of this Court's decision, and it was entered after assembly of the Joint Appendix. The proposed Supplemental Appendix is filed concurrently herewith. Defendants do not oppose this motion.

Under Federal Rule of Appellate Procedure 10(a), the record on appeal encompasses all "papers and exhibits filed in the district court" and "a certified copy of the docket entries prepared by the district clerk." On December 30, 2025, Defendants filed the agreed Joint Appendix in this matter. On January 26, 2026, the district court stayed the proceedings below pending disposition of this appeal, noting that "[t]he First Circuit's guidance . . . will clarify the issues in this case moving forward," and describing areas of potential guidance. D. Ct. Dkt 175. That order is part of the record within the meaning of Rule 10(a) and would have been included in the Joint Appendix were it entered prior to December 30, 2025. *See* Fed. R. App. P. 30(a) (appendix to contain "relevant docket entries" and "parts of the record to which the parties with to direct the court's attention"). Further, the district court's explanation of the stay and characterization of potential guidance from

1

this Court are material and should therefore be included in the record. *See* Fed. R. App. P. 10(e)(2) (allowing the court to supplement the record with "anything material to either party" that has been "omitted from . . . the record").

For the reasons herein, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Leave to File a Supplemental Appendix.

March 2, 2026                                 Respectfully submitted,

*/s/ Isaac D. Chaput*
ISAAC D. CHAPUT
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
415-591-6000
ichaput@cov.com

MALITA PICASSO
SRUTI J. SWAMINATHAN
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
mpicasso@aclu.org
sswaminathan@aclu.org

2

JESSIE J. ROSSMAN
JENNIFER M. HERRMANN
American Civil Liberties Union
Foundation of Massachusetts,
Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

ROBERT C. GIANCHETTI
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
rgianchetti@cov.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 272 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook, 14-point font, a proportionally spaced typeface.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court for the United States Court of Appeals for the First Circuit using the CM/ECF system, which will then send a notification of such filing to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput