# United States Court of Appeals
## For the First Circuit

No. 25-1579

ASHTON ORR; ZAYA PERYSIAN; SAWYER SOE; CHASTAIN ANDERSON; DREW HALL; BELLA BOE; REID SOLOMON-LANE; VIKTOR AGATHA; DAVID DOE; AC GOLDBERG; RAY GORLIN; CHELLE LEBLANC, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES OF AMERICA,

Defendants - Appellants.

**ORDER OF COURT**

Entered: March 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

The appellees' March 2, 2026, motion for leave to file a supplemental appendix is granted, however the brief and proposed supplemental appendix filed by appellees Viktor Agatha, Chastain Anderson, Bella Boe, David Doe, AC Goldberg, Ray Gorlin, Drew Hall, Chelle LeBlanc, Ashton Orr, Zaya Perysian, Sawyer Soe, and Reid Solomon-Lane on March 2, 2026, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of an appendix contain the title of the case (see Rule 12(a)). <u>*The caption on the appellees' brief and supplemental appendix does not match the caption used by this court.*</u>

Appellees Viktor Agatha, Chastain Anderson, Bella Boe, David Doe, AC Goldberg, Ray Gorlin, Drew Hall, Chelle LeBlanc, Ashton Orr, Zaya Perysian, Sawyer Soe, and Reid Solomon-Lane are ordered to file a conforming brief and supplemental appendix by **March 13, 2026**. The corrected brief and one copy of the corrected supplemental appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellants' reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James D. Esseks,
Jessie J. Rossman,
Jennifer Herrmann,
Aditi Fruitwala,
Zoe Kreitenberg,
Isaac D. Chaput,
Li Nowlin-Sohl,
Malita Picasso,
Robert Gianchetti,
Sruti J. Swaminathan,
Lewis Yelin,
Donald Campbell Lockhart,
Rayford A. Farquhar,
Charles W. Scarborough,
Leah Belaire Foley,
Eric Dean McArthur,
Brett Allen Shumate,
Abraham R. George,
M. Jared Littman,
James A. Barta