25-1579

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

-------------------------------------------------------------------------------------------------

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-1579
Order
03/06/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 MAR 23  A 1

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

BOSTON MA 020

9 MAR 2026 PM 7 L

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 02210  $ 000.74⁰
02 7W
0008036369 MAR 06 2026

USN:S
Screened

NIXIE        957     FE 1              0003/18/26

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 0221030O299      *1921-05961-09-43