**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

ASHTON ORR, et al.,

     *Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, et al. in his
official capacity as President of the
United States, et al.,

     *Defendants-Appellants*.

No. 25-1579

## **MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE**

Defendants respectfully move to request the Court grant leave for Michael Velchik to file a notice of appearance so that he can present oral argument on behalf of the Government in this case.

Local Rule 12.0(a) provides that "in no event may an attorney file a notice of appearance without leave of court after the appellee brief has been filed." In support of the motion, Defendants represent as follows: Michael Velchik serves as Senior Counsel to the Assistant Attorney General, Civil Division, at the U.S. Department of Justice. He is a Member of the First Circuit Bar (#1218256). He filed a notice of appearance in this case before the District Court, Dist. Dkt. 99, and argued on behalf of Defendants at the hearing held on March 27, 2025, Dist. Dkt. 103. He plans to argue this appeal on

1

behalf of the Government and accordingly seeks to file a notice of appearance and designation of attorney presenting oral argument (forms attached).

Wherefore, Defendants respectfully request the Court grant leave to file a notice of appearance.

March 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

*s/Michael Velchik*
MICHAEL VELCHIK
*Senior Counsel to the Assistant Attorney General*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave. NW, Rm. 7239*
*Washington, D.C. 20530*
*(202) 860-8388*
*michael.velchik@usdoj.gov*

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B)(ii) because it contains 155 words.  This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Michael Velchik*

Counsel for Appellants

## CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS

I hereby certify that on March 30, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

*s/ Michael Velchik*
Counsel for Appellants