# United States Court of Appeals
## For the First Circuit

---

**NOTICE OF APPEARANCE**

**No.** 25-1579          **Short Title:** Orr v Trump

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Trump; Rubio; Department of State; USA _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s Michael Velchik _____          3/30/2026 _____
Signature                                              Date

Michael Velchik _____
Name

US Department of Justice _____          2028608388 _____
Firm Name (if applicable)                      Telephone Number

950 Pennsylvania Ave _____          _____
Address                                              Fax Number

Washington DC 20530 _____          michael.velchik@usdoj.gov _____
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1218256 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).