# United States Court of Appeals
## For the First Circuit

_____

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to 1st Cir. R. 12.0(a) with this designation.

Appeal No.: 25-1579

Case Name: Orr v Trump

Date of Argument: May 5, 2026

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Defendants-Appellants Trump et al

Attorney Name: Michael Velchik                First Circuit Bar No.: 1218256

Cellphone No.: 2028608388                    Fax Number: _____

Email: michael.velchik@usdoj.gov

Check the box that applies:

☐ I have already filed an appearance in this matter.

☑ I am filing my appearance form and a motion in accordance with 1st Cir. R. 12.0(a) contemporaneously with this form.

/s Michael Velchik                           3/30/2026
(Signature)                                  (Date)