# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to 1st Cir. R. 12.0(a) with this designation.

Appeal No.: 25-1579

Case Name: Aston Orr, et al., v. Donald J. Trump, et al.

Date of Argument: May 5, 2026

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
(See Attachment)

Attorney Name: Malita Picasso    First Circuit Bar No.: 1218235

Cellphone No.: (760)641-4575    Fax Number: (332)234-9383

Email: mpicasso@aclu.org

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with 1st Cir. R. 12.0(a) contemporaneously with this form.

_____    March 30, 2026
(Signature)    (Date)

Name and appellate designation of the parties you will be arguing on behalf of:

Appellee Ashton Orr

Appellee Zaya Perysian

Appellee Sawyer Soe

Appellee Chastain Anderson

Appellee Drew Hall

Appellee Bella Bie

Appellee Reid Solomon-Lane

Appellee Viktor Agatha

Appellee David Doe

Appellee AC Goldberg

Appellee Ray Gorlin

Appellee Chelle Leblanc