# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1579          **Short Title:** Orr v Trump

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Trump; Rubio; Department of State; USA _____ as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s Michael Velchik
Signature

3/30/2026
Date

Michael Velchik
Name

US Department of Justice
Firm Name (if applicable)

2028608388
Telephone Number

950 Pennsylvania Ave
Address

_____
Fax Number

Washington DC 20530
City, State, Zip Code

michael.velchik@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1218256

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).