OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-1579
Calendaring Notice
03/24/26

BOSTON MA 020
BOSTON MA 020
24 MAR 2026PM 3 L
11 MAY 2026PM 3 L

US POSTAGE PITNEY BOWES
ZIP 02210 $000.74
02 7W
0008036369 MAR 24 2026

RECEIVED FOR FILING

2026 MAY 18 A 11:49

USCA1 Scanned

Joshua Harrell
Apt 65
935 Kearny St
San Francisco, CA 94133

94133-515

-R-T-S-   941334122-1N   009 05/02/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER